UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VENECIA REYNOSO SANTANA, *on behalf of herself and all others similarly situated*,<br><br>      Plaintiff,<br><br>  v.<br><br>PUPY GROCERY CORP. (D/B/A PUPY DELI GROCERY), WILLIAM MEDINA, and JUAN ROBERTO MEDINA,<br><br>      Defendants. | No. 24-CV-5428 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

  On September 30, 2024, Plaintiff filed affidavits of service stating that Defendants William Medina and Juan Roberto Medina were served on September 21, 2024. On October 4, 2024, Plaintiff filed an affidavit of service stating that Defendant Pupy Grocery Corp. was served on September 18, 2024. William Medina and Juan Roberto Medina's answers were due on October 15, 2024, and Pupy Grocery Corp.'s answer was due on October 9, 2024. No Defendant has appeared, answered, or otherwise responded to the Complaint. Defendants shall do so or seek an extension by January 24, 2025. If Defendants fail to do so, and Plaintiff intends to move for default judgment, she shall do so by February 7, 2025.

  Plaintiff shall serve a copy of this Order on Defendants by January 10, 2025 and promptly file proof of such service on the docket.

SO ORDERED.

Dated: January 3, 2025
    New York, New York

                    _____
                    Ronnie Abrams
                    United States District Judge