# CSM Legal, P.C.
## Employment and Litigation Attorneys

60 E. 42nd Street, Suite 4510  
New York, New York 10165

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

April 7, 2025

**VIA ECF**  
Honorable Judge Ronnie Abrams  
United States District Judge  
Southern District of New York  
500 Pearl Street  
New York, NY 10007

    Re:    <u>Reynoso Santana et al v. Pupy Grocery Corp. et al</u>, 24-cv-05428

Dear Judge Abrams:

    I represent the plaintiff in this action. I write to thank the Court for granting the requested extension to April 17, 2025. Unfortunately, I have jury duty that day (and any day thereafter should I be chosen to serve). Therefore, I respectfully request that the Court reschedule the hearing for April 24, 2025. I did not obtain consent to this request because the defendants are in default.

    I thank the Court for its attention to this matter.

Respectfully submitted,

/s/ Mark Marino  
Mark Marino, Esq.  
CSM Legal, P.C.  
*Attorneys for Plaintiff*

---

Application granted. The hearing previously scheduled for April 17, 2025 is hereby adjourned to April 24, 2025 at 1:00 p.m. Plaintiff shall serve this Order and supporting papers on Defendants no later than April 11, 2025 and shall file proof of service on the docket.

SO ORDERED.

*[signature]*

Hon. Ronnie Abrams  
April 8, 2025