UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
VENECIA REYNOSO SANTANA,
*individually and on behalf of others similarly
 situated*,

                        *Plaintiff*,

-against-

PUPY GROCERY CORP. (D/B/A PUPY
DELI GROCERY), WILLIAM MEDINA, and
JUAN ROBERTO MEDINA,

                        *Defendants.*
----------------------------------------------------------------X

Case No.: 24-cv-05428

~~PROPOSED~~ **DEFAULT JUDGMENT**

      Plaintiff commenced this action by filing a Complaint (and associated documents) on July 17, 2024.

      To date, Defendants Pupy Grocery Corp. (d/b/a Pupy Deli Grocery), William Medina, and Juan Roberto Medina have failed to answer or otherwise respond to the Complaint. The Clerk of this Court certified the defaults of Pupy Grocery Corp. (d/b/a Pupy Deli Grocery), William Medina, and Juan Roberto Medina on February 5, 2025.

      NOW, on motion of Plaintiff, by her attorneys, CSM Legal, P.C., it is hereby

      **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff Venecia Reynoso Santana have judgment, joint and severally, against Defendants Pupy Grocery Corp. (d/b/a Pupy Deli Grocery), William Medina, and Juan Roberto Medina, in the total amount of $122,122.32, including (A) compensatory damages for unpaid minimum wages and overtime compensation in the amount of $46,550.00; (B) liquidated damages for unpaid minimum wages and overtime compensation in the amount of $46,550.00; (C) statutory damages for violations of New York Labor Law § 195(1) in the amount of $5,000.00; (D) statutory damages for violations of New York Labor Law § 195(3) in the amount of $5,000.00; and (E) pre-judgment interest on unpaid minimum wages and overtime compensation calculated at the rate of 9% per annum to the date of judgment in the amount of $19,022.32 as of February 4, 2025.

That Plaintiff is awarded attorney's fees in the amount of $2,567.50, and costs in the amount of $565.00.

That Plaintiff is awarded post-judgment interest as calculated under 28 U.S.C. § 1961.

That if any amounts remain unpaid upon the expiration of ninety days following issuance of judgment, or ninety days after expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of judgment shall automatically increase by fifteen percent, as required by NYLL § 198(4).

Dated: New York, New York
     April 28, 2025

_____
HON. RONNIE ABRAMS
UNITED STATES DISTRICT JUDGE